**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★   MAY 23 2014   ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

NEIL TRAINA,

                    Plaintiff,

        - against -

HSBC MORTGAGE SERVICES INC.,

                    Defendant.

_____

**RULE 41 STIPULATION
OF DISMISSAL**

Civil Case No. 2:13-cv-2336-SJF-GRB

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Neil

Traina, and Defendant, HSBC Mortgage Services Inc., in accordance with Rule 41(a)(1)(ii) of

the Federal Rules of Civil Procedure, that this action is dismissed with prejudice. Each party

hereto shall bear its own costs and attorneys' fees.

Dated:  Brooklyn, New York
        May 19, 2014

THE HOFFMAN LAW GROUP, P.A.

By: _____
        Michael Lehrman, Esq.
Attorneys for Plaintiffs
*Neil Traina*
1999 Flatbush Avenue
Suite 201
Brooklyn, NY 11214
Telephone: (718) 998-5088
Email: mlehrman@lawofficemh.com

Dated: Buffalo, New York
       May 5, 2014

PHILLIPS LYTLE LLP

By: _____
        Sean C. McPhee, Esq.
Attorneys for Defendant
*HSBC Mortgage Services Inc.*
One Canalside
125 Main Street
Buffalo, NY 14203
Telephone: (716) 847-8400
Email: smcphee@phillipslytle.com

The Clerk of the Court shall close this case.
So Ordered.

5/23/14        s/ Sandra J. Feuerstein

        _____

                U.S.D.J.